THE BATH NATIONAL BANK, Appellant, v. ELY N. SONNENSTRAHL, INC.,

* Affd., 249 N. Y. 584.

Respondent.— Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents and votes for reversal on the facts. Present —Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.